# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

November 5, 2014

Lyle W. Cayce
Clerk

_____

No. 13-50075

_____

In the Matter of: CLIFFORD J. WOERNER; GAIL S. WOERNER,

                                                          Debtors

_____

BARRON & NEWBURGER, P.C.,

                                                          Appellant

v.

TEXAS SKYLINE, LIMITED; PECOS & 15TH, LIMITED; UNITED
STATES TRUSTEE; SKYLINE INTERESTS, L.L.C.,

                                                          Appellees

_____

Appeals from the United States District Court for the
Western District of Texas, Austin

_____

ON PETITION FOR REHEARING EN BANC
(Opinion July 15, 2014, 5 Cir., 2014, 758 F.3d 693)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.